JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD WILLIAM HALL, | Case No.: CV 17-00949-CJC (JDE) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| D. SHINN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice due to lack of jurisdiction.

Dated: August 17, 2017

_____
CORMAC J. CARNEY
United States District Judge